United States Courts
Southern District of Texas
FILED

MAR 17 2010

Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL No. H-10 - |
| § | **H-10- 159** |
| FRANKIE L. SANDERS § | |

# INDICTMENT

**THE GRAND JURY CHARGES THAT:**

## A. INTRODUCTION

At all times material to this indictment:

1. The American Postal Worker's Union (APWU) has a negotiated collective bargaining agreement with the U.S. Postal Service (USPS).

2. APWU serves over 262,000 mail service employees.

3. APWU is a labor organization as defined by the Labor Management and Disclosure Act of 1959 (LMRDA), Title 29 U.S.C. §§402(i) and 402(j).

4. APWU is a national union based in Washington, D.C.

5. APWU is the parent body to approximately 1200 subordinate state and local unions throughout the United States.

6. APWU has 22 field offices and five regional offices. Its five regional offices are the Central, Eastern, Northeast, Southern, and Western. The office for the Southern Region is located in Houston, Texas.

7. Frankie Sanders was an officer of the APWU as defined in Title 29 U.S.C. §402(n).

8. Frankie Sanders served as APWU National Business Agent (NBA) from 1992 to 2004.

9. Frankie Sanders served as APWU Southern Region Coordinator from February 4, 2004 to October 6, 2006.

10. Frankie Sanders supervised the trusteeship of APWU Local 83, based in New Orleans, Louisiana, from December 15, 2005 to March 31, 2006.

## COUNT ONE
## (WIRE FRAUD - 18 U.S.C. 1343)

### A. INTRODUCTION

1. The GRAND JURY realleges paragraphs 1-10 of the introduction above.

### B. THE SCHEME AND ARTIFICE TO DEFRAUD

2. Beginning on or about July 28, 2003, and continuing to on or about May 23, 2006, in the Houston Division of the Southern District of Texas, the defendant,

**FRANKIE L. SANDERS**

did knowingly execute and attempt to execute a scheme to defraud APWU and to obtain money from APWU, by means of false and fraudulent pretenses, representations and promises, by submitting false and fraudulent claims for travel reimbursements.

## C. THE MANNER AND MEANS

3. SANDERS would and did mail and/or cause to be mailed travel reimbursement requests containing fraudulent hotel receipts.

4. SANDERS would and did create hotel receipts falsely representing that the Hilton Garden Inn-New Orleans (closed for damages relating to Hurricane Katrina) was opened for business during the relevant time periods.

5. SANDERS would and did falsely state that he was a guest at the Hilton Garden Inn-New Orleans on hotel receipts.

6. SANDERS would and did falsely state that he was a guest at the Hilton Garden Inn-Dallas/Fort Worth Airport on hotel receipts.

7. SANDERS would and did submit hotel receipts containing invalid confirmation numbers, incorrect room numbers, employee codes, restaurant charges, and/or tax rates.

8. SANDERS would and did receive approximately $13,145.80 in wire transfers from the APWU as a result of fraudulent hotel receipts that he submitted.

## D. EXECUTION OF THE SCHEME AND ARTIFICE TO DEFRAUD

On or about March 20, 2006 in the Houston Division of the Southern District of Texas, the defendant,

**FRANKIE L. SANDERS**

for the purpose of executing the aforementioned scheme to defraud, did knowingly cause APWU to send by wire funds which included a $1,753.78 payment for false and fraudulent travel expenses. In violation of Title 18, United States Code, Section 1343.

3

## COUNT TWO
## (EMBEZZLEMENT OF UNION FUNDS)
## (29 U.S.C. 501(c))

From on or about January 26, 2006 until on or about June 6, 2006, in the Southern District of Texas, the defendant, FRANKIE L. SANDERS, while an officer - that is, Southern Regional Coordinator, a person employed, directly and/or indirectly, by the American Postal Worker's Union (APWU), a labor organization engaged in an industry affecting commerce, did steal the moneys, funds, property, and/or other assets of said labor organization in the approximate amount of $10,078.40.

In violation of Title 29, United States Code, Section 501(c).

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE
FOREMAN OF THE GRAND JURY

José Angel Moreno
United States Attorney

BY: _____
Tammie Y. Moore
Special Assistant United States Attorney
(713)567-9582